1                IN THE UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
2                         TAMPA DIVISION

3

     UNITED STATES OF AMERICA,    :
4                                 :
          Plaintiff,              :
5                                 :
                                  : CASE    8:16-CR-155-T-17
6    vs.                          : NO.:    EAJ
                                  :
7                                 : DATE:   04/08/2016
     SIMON PETER DANIELSON,       :
8                                 : TIME:   2:26 p.m.
          Defendant.              :
9    ------------------------     : PAGES:  1 - 7

10

11              TRANSCRIPT OF INITIAL APPEARANCE
           BEFORE THE HONORABLE ANTHONY E. PORCELLI
12              UNITED STATES MAGISTRATE JUDGE

13

     For the Government:
14
               JAMES R. ZOLL, ESQ.
15             United States Attorney's Office
               400 N. Tampa Street
16             Suite 2800
               Tampa, Florida 33602
17
     For the Defendant:
18
               MARK P. RANKIN, ESQ.
19             Schutts & Bowen, LLP
               Suite 300
20             4301 W. Boy Scout Blvd.
               Tampa, Florida  33607
21

22   Court Reporter:  Lynann Nicely, RPR, RMR, CRR
               Official Court Reporter
23             801 N. Florida Avenue, 13B
               Tampa, Florida 33602
24
     Proceedings recorded and transcribed by
25   computer-aided stenography.

1                    P R O C E E D I N G S

2           COURTROOM DEPUTY CLERK:  United States vs.

3     Simon Peter Danielson, Case

4     Number 8:16-cr-155-T-17EAJ.

5           THE COURT:  Have counsel state their

6     appearances for the record, please.

7           MR. ZOLL:  Good afternoon, Your Honor, James

8     Zoll on behalf of the United States.

9           THE COURT:  Thank you, Mr. Zoll.

10          MR. RANKIN:  Good afternoon, Judge, Mark

11    Rankin on behalf of Mr. Danielson.

12          THE COURT:  Thank you, Mr. Rankin.  And

13    Mr. Danielson, good afternoon to you, you may be

14    seated.  Thank you.

15          Mr. Danielson, you've been brought here on an

16    indictment which charges you with one criminal count

17    and I want to summarize this charge for you.  The

18    sole count of the indictment alleges that beginning

19    on an unknown date and continuing through on or

20    about April 2nd of 2016, while aboard a vessel

21    subject to the jurisdiction of the United States,

22    you who were first brought into the United States at

23    a point in the Middle District of Florida, did

24    knowingly and intentionally possesses with intent to

25    distribute 5 kilograms or more of detectible amount

1       of cocaine.  This is alleged to be in violation of

2       Title 46, United States Code, Section 70503(a) and

3       70506(a) as well as Title 21, United States Code,

4       Section 960(b)(1)(B)(ii).

5            Mr. Danielson, in connection with this charge

6       against you, you have a number of rights.  First you

7       have the right to be represented by a lawyer at all

8       stages in the case.  If you cannot afford to hire a

9       lawyer, the court will appoint one to you at no cost

10      to you to represent you throughout the entirety of

11      the case.  I reviewed your financial affidavit and I

12      would find it appropriate to appoint you a lawyer if

13      that's what you want me to do.  Do you want me to do

14      that, sir?

15           THE DEFENDANT:  Yes, sir.

16           THE COURT:  Mr. Rankin is here today.

17      Mr. Rankin, for the record, do you accept the

18      appointment?

19           MR. RANKIN:  Yes, Your Honor.

20           THE COURT:  Thank you for your time.  So

21      Mr. Rankin is going to be representing you

22      throughout the entirety of the case.  Do you

23      understand that, sir?

24           THE DEFENDANT:  Yes, sir.

25           THE COURT:  I need to also explain to you and

1      it's important you understand that in no way are you

2      required to make any statements to anyone about this

3      charge against you.  If you've started any

4      conversations with anyone to specifically include

5      any conversations with law enforcement, you do not

6      have to continue those statements and you can stop

7      them at any time.

8            THE DEFENDANT:  Can you repeat that, Your

9      Honor, that last --

10           THE COURT:  Sure.  What I'm telling you -- and

11     please be seated, relax.  If you've had any

12     conversations with anyone about this charge against

13     you to specifically include any statements to law

14     enforcement about the charge, you do not have to

15     continue those statements or conversations and you

16     can stop them at any time you want.  It's vital you

17     understand that outside any statements you make to

18     your attorney about the charge, any statements you

19     make to anyone else about the charge could and will

20     likely be used against you in the prosecution.  Do

21     you understand that, sir?

22           THE DEFENDANT:  Yes, Your Honor.

23           THE COURT:  You have the right to have the

24     matter of bond be taken up and I'm prepared to

25     consider that matter today.  Let me go off the

1    record.  What's the government's position as to

2    bond?

3         MR. ZOLL:  We'll be seeking detention, Your

4    Honor, based upon the statutory presumption and the

5    lack of ties to the United States.

6         THE COURT:  Mr. Rankin, are you prepared to go

7    forward on that matter?

8         MR. RANKIN:  Judge, we'll waive for today,

9    Mr. Danielson is a Canadian national, I've spoken to

10   him about the process and the prospects today, so

11   we'll waive for today, but reserve to come back on a

12   motion later if that would be appropriate.

13        THE COURT:  So Mr. Danielson, what that means

14   is I'm going to enter an order detaining you pending

15   the outcome of the case.  Because you're not

16   challenging that matter today, you can through your

17   lawyer at a later date file a motion asking the

18   court if circumstances warrant it to consider the

19   matter of bond for the first time.  Do you

20   understand that, sir?

21        THE DEFENDANT:  Yes, Your Honor.

22        THE COURT:  Mr. Rankin, can we proceed to

23   arraignment?

24        MR. RANKIN:  Yes, Your Honor.  I've reviewed

25   the indictment with Mr. Danielson, he'll waive a

1    formal reading, plead not guilty and request Rule 16

2    discovery.

3          THE COURT:  Mr. Zoll, for the record, is the

4    government requesting reciprocal discovery?

5          MR. ZOLL:  Yes, Your Honor.

6          THE COURT:  All right.  A plea of not guilty

7    will be entered for Mr. Danielson as to the sole

8    count.  This matter is before Judge Kovachevich for

9    a status conference on May 6th of 2016 at 10:30 in

10   the morning.  At that time the parties should be

11   prepared to discuss any speedy trial issues and the

12   court will schedule the matter for trial at that

13   time.  A discovery order will be entered by the

14   court.  All right.  Anything else as to

15   Mr. Danielson's case?

16         MR. ZOLL:  No, Your Honor.

17         MR. RANKIN:  No, Your Honor, thank you.

18         THE COURT:  We'll be in recess as to

19   Mr. Danielson's case.  Good luck to you, sir.

20         (The proceedings adjourned at 2:30 p.m.)

21

22

23

24

25

1                    C E R T I F I C A T E

2

3     STATE OF FLORIDA              )

4     COUNTY OF HILLSBOROUGH    )

5        I, Lynann Nicely, RMR, CRR, Official Court

6    Reporter for the United States District Court, Middle

7    District, Tampa Division,

8        DO HEREBY CERTIFY, that I was authorized to and

9    did, through use of Computer Aided Transcription,

10   report in machine shorthand the proceedings and

11   evidence in the above-styled cause, as stated in the

12   caption hereto, and that the foregoing pages,

13   numbered 1 through 7, inclusive, constitute a true

14   and correct transcription of my machine shorthand

15   report of said proceedings and evidence.

16       IN WITNESS WHEREOF, I have hereunto set my hand in

17   the City of Tampa, County of Hillsborough, State of

18   Florida, August 1, 2016.

19

20

21            _/s/ Lynann Nicely_____
                  Lynann Nicely, RMR, CRR,
22                Official Court Reporter

23

24

25